UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 11-CV-81067-RYSKAMP/WHITE

ISMAEL ESPINAL-TORRES,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATIONS OF**
**MAGISTRATE JUDGE AND CLOSING CASE**

**THIS CAUSE** comes before the Court on the report of United States Magistrate Judge Patrick A. White **[DE 9]** entered on March 21, 2012. No objections to the Magistrate's report have been filed, and the time to do so has expired. This matter is ripe for adjudication.

The Court has conducted a *de novo* review of the report and pertinent portions of the record. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

    (1) The report of United States Magistrate Judge White **[DE 9]** be, and the same hereby is **RATIFIED, AFFIRMED and APPROVED** in its entirety;

    (2) Movant's 28 U.S.C. § 2255 motion to vacate **[DE 1]** is **DENIED** as moot;

    (3) Movant shall not be issued a certificate of appealability pursuant to 28 U.S.C. § 2253; and

    (4) The Clerk of Court is directed to **CLOSE THIS CASE** and **DENY** and pending motions as **MOOT**.

1

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 22 day of May, 2012.

        /s/ Kenneth L. Ryskamp
        KENNETH L. RYSKAMP
        UNITED STATES DISTRICT JUDGE